IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT SKEFFERY,
      Petitioner,
    v.
UNITED STATES OF AMERICA,
      Respondent,

Case No. 3:05-cr-2-KRG-KAP
(Case No. 3:13-cv-59-KRG-KAP)

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3), and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on March 22, 2013, docket no. 65, recommending that the movant's motion for a writ of *coram nobis* be denied.

The movant was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation. No objections have been filed, and the time to do so has expired. Despite the lack of objections I have reviewed the record and the Report and Recommendation, and after that de novo review, the following order is entered:

AND NOW, this 10th day of April, 2013, it is

ORDERED that the movant's motion for a writ of *coram nobis* is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark the civil matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Robert F. Skeffery, Reg. No. 18204-298
Metropolitan Correctional Center
808 Union Street
San Diego, CA 92101